UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER WHITE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. 4:08CV0288 HEA/AGF |
| ) | |
| STEVE LARKINS, ) | |
| ) | |
| Respondent. ) | |

## ORDER

**IT IS HEREBY ORDERED** that Petitioner's unopposed motion (Doc. #12) for leave to file an amended petition for federal habeas corpus relief is **GRANTED**. Petitioner shall have up to an including August 17, 2009, to file an amended petition, without prejudice to Respondent's right to assert a statute of limitations defense as to any of Petitioner's claims, including any newly-raised claims that may not relate back to the date of the filing of Plaintiff's initial petition.

AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 22nd day of May, 2009.